# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 08-47810 |
| Coleman, Jeffrey ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |

## MOTION TO CONVERT CASE TO CHAPTER 7

COME NOW, Debtor(s) by and through Debtor's undersigned Counsel, and moves this Court to convert Debtor's above-captioned case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, and in support thereof states as follows:

1) Debtor(s) filed the above-captioned case in good faith under Chapter 13 of the Bankruptcy Code on 10/07/08.

2) Debtor(s) now wish to convert Debtors' above-captioned case to a case under Chapter 7 of the Bankruptcy Code.

3) Debtor(s) above-captioned case has not previously been converted from another chapter of the Bankruptcy Code.

WHEREFORE, Debtor(s) pray that this Court enter an order granting Debtor's Motion to Convert Case to Chapter 7.

                        RESPECTFULLY SUBMITTED,
                        A&L Licker Law Firm, LLC
                        By:____/s/ Tobias Licker_____
                        Tobias Licker, EDMO #511453; MO #56778
                        1861 Sherman Dr.
                        St. Charles, MO 63303
                        (636) 9165400
                        (fax) (636) 9165402
                        email: Tobias@lickerlawfirm.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U.S. Mail, First Class, postage pre-paid to the following on August 12, 2009:

/s/ Andrew Magdy

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

CITI
PO Box 688904
Des Moines, IA 50368

Citi
399 Park Ave
New York, NY 10043

Commerce Bank
POB 419248
Kansas City, MO 63141

Commerce Bank
PO Box 807011
Kansas City, MO 64180

Countrywide Home Loans
PO Box 650070
Dallas, TX 75265

GEMB/CARE CREDIT
777 Long Ridge Rd B
Stamford, CT 06927

GEMB/JCP
POB 10001
Dallas, TX 75301

GEMB/OLD NAVY
701 E 60th St. N
Sioux Falls, SD 57104

THD/CBSD
701 E 60th st. N
Sioux Falls, SD 57104

The Villages of Bogey Hills
2200 Lake Ct.
Saint Charles, MO 63303

WFNNB/SERVICE MERCH PR
POB 182273
Columbus, OH 43218

WFNNB/VALUCITYROOMSTO
POB 182273
Columbus, OH 43218